UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-28012 |
| DOROTHY BUTLER | Chapter: 13 |
| | Judge: CMG |

## NOTICE OF PROPOSED PRIVATE SALE

__DOROTHY BUTLER__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:   US Bankruptcy Court,
District of New Jersey
402 East State Street, Office Room 2020
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine Gravelle__ on __12/16/2020__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street, Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   121 Huntington Drive
Southampton, NJ 08088

Proposed Purchaser:   Dawn Susen

Sale price: $112,950.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:   Lana Stevens
Amount to be paid:   5.5% sales commission
Services rendered:   Real estate agent services

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrew B. Finberg, Esq.

Address: 525 Route 73 South, Suite 200, Marlton, NJ 08053

Telephone No.: (856) 988-9055

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Dorothy Butler  
    Debtor(s)

Case No. 19-28012-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Nov 13, 2020      Form ID: pdf905      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothy Butler, 121 Huntington Drive, Vincentown, NJ 08088-1255 |
| 518470807 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518470808 | | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518470809 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518555419 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518470811 | + | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518470812 | + | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518470825 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 518470827 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518559532 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518505022 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518470829 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518572788 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518582893 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518470830 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518470831 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518470839 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518470840 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2020 23:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2020 23:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518470805 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 13 2020 23:15:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518493534 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 13 2020 23:15:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518470806 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | American Signature Furniture, Wfnnb, Po Box 182125, Columbus, OH 43218-2125 |
| 518470813 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470814 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 19-28012-CMG   Doc 25   Filed 11/15/20   Entered 11/16/20 00:25:08   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: pdf905 | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| | | Nov 13 2020 23:14:00 | Comenity Bank/Ann Taylor Loft, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518470815 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518470816 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518470817 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518470818 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518470819 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470820 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470821 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470822 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | Comenity Capital/JJIlls, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470823 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | Comenitybank/Talbots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470824 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2020 23:14:00 | Comenitybank/William & Sonoma, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470826 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2020 23:23:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518573780 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 13 2020 23:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518470810 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2020 23:24:45 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518470828 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 13 2020 23:13:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518587435 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 23:24:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518470829 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 13 2020 23:13:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518572788 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 13 2020 23:13:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518582893 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 13 2020 23:13:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518470830 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 13 2020 23:13:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518588065 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2020 10:14:26 | Portfolio Recovery Associates, LLC, c/o Barnes & Noble, POB 41067, Norfolk VA 23541 |
| 518588053 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2020 10:14:26 | Portfolio Recovery Associates, LLC, c/o CARNIVAL, POB 41067, Norfolk, VA 23541 |
| 518575514 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2020 10:14:26 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518581006 | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2020 23:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518581007 | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2020 23:14:00 | Quantum3 Group LLC as agent for, Comenity |

| | | | |
|---|---|---|---|
| | | | Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518470833 | + Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 23:23:26 | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518470834 | + Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 23:26:02 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518470832 | + Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 23:26:01 | Syncb/athleta Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518471846 | + Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 23:26:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518470835 | + Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 23:23:26 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518470836 | + Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 23:26:02 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518470837 | + Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 23:23:26 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518470838 | + Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 23:24:44 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518506654 | + Email/Text: bncmail@w-legal.com | Nov 13 2020 23:15:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2020                      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew B. Finberg | on behalf of Debtor Dorothy Butler andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Nov 13, 2020 | Form ID: pdf905 | Total Noticed: 54

U.S. Trustee
           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4