| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY | |

In Re:

Law Offices of Kevin Fayette LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619

Case No.: 24-10301

Adversary No.: _____

Chapter: 13

Judge: CMG

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Dorothy Butler
(Example: John Smith, creditor)

Old address: 121 Huntington Drive
Vincentown, NJ 08088

New address: 5013 Oat Fields Drive
Myrtle Beach, SC 29588

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 04/26/2024          /s/ Dorothy Butler
                          Signature

*rev.8/1/2021*