**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dorothy Butler**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2846<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–28012–CMG | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Dorothy Butler
    aka Dorothy L. Butler

12/12/24                                                    **By the court:** <u>Christine M. Gravelle</u>
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support
      obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Dorothy Butler  
    Debtor

Case No. 19-28012-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Dec 12, 2024     Form ID: 3180W     Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothy Butler, 5013 Oat Fields Dr, Myrtle Beach, SC 29588-3720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 12 2024 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 12 2024 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518470805 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 12 2024 21:13:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518493534 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 12 2024 21:13:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518470806 | + | EDI: WFNNB.COM | Dec 13 2024 01:41:00 | American Signature Furniture, Wfnnb, Po Box 182125, Columbus, OH 43218-2125 |
| 518470807 | + | Email/PDF: bncnotices@becket-lee.com | Dec 12 2024 21:28:48 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518470808 | | EDI: BANKAMER | Dec 13 2024 01:41:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 518470809 | + | EDI: TSYS2 | Dec 13 2024 01:41:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518555419 | | Email/PDF: bncnotices@becket-lee.com | Dec 12 2024 21:29:07 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518470811 | + | EDI: CITICORP | Dec 13 2024 01:41:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518470812 | + | EDI: CITICORP | Dec 13 2024 01:41:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518470813 | + | EDI: WFNNB.COM | Dec 13 2024 01:41:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470814 | + | EDI: WFNNB.COM | Dec 13 2024 01:41:00 | Comenity Bank/Ann Taylor Loft, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518470815 | + | EDI: WFNNB.COM | Dec 13 2024 01:41:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518470816 | + | EDI: WFNNB.COM | | |

| | | | |
|---|---|---|---|
| | | Dec 13 2024 01:41:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518470817 | + EDI: WFNNB.COM | | |
| | | Dec 13 2024 01:41:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518470818 | + EDI: WFNNB.COM | | |
| | | Dec 13 2024 01:41:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518470819 | + EDI: WFNNB.COM | | |
| | | Dec 13 2024 01:41:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470820 | + EDI: WFNNB.COM | | |
| | | Dec 13 2024 01:41:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470821 | + EDI: WFNNB.COM | | |
| | | Dec 13 2024 01:41:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470822 | + EDI: WFNNB.COM | | |
| | | Dec 13 2024 01:41:00 | Comenity Capital/JJIlls, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470823 | + EDI: WFNNB.COM | | |
| | | Dec 13 2024 01:41:00 | Comenitybank/Talbots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470824 | + EDI: WFNNB.COM | | |
| | | Dec 13 2024 01:41:00 | Comenitybank/William & Sonoma, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518470825 | + EDI: CITICORP | | |
| | | Dec 13 2024 01:41:00 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 518470826 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Dec 12 2024 21:17:21 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518470827 | EDI: CITICORP | | |
| | | Dec 13 2024 01:41:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518559532 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Dec 12 2024 21:12:00 | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518573780 | EDI: JEFFERSONCAP.COM | | |
| | | Dec 13 2024 01:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518470810 | EDI: JPMORGANCHASE | | |
| | | Dec 13 2024 01:41:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518505022 | + Email/Text: RASEBN@raslg.com | | |
| | | Dec 12 2024 21:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518470828 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Dec 12 2024 21:10:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518587435 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 12 2024 21:17:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518470829 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 12 2024 21:10:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518572788 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 12 2024 21:10:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518582893 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 12 2024 21:10:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518470830 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 12 2024 21:10:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518588065 | EDI: PRA.COM | | |
| | | Dec 13 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o Barnes & Noble, POB 41067, Norfolk VA 23541 |
| 518588053 | EDI: PRA.COM | | |
| | | Dec 13 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o CARNIVAL, POB 41067, Norfolk, VA 23541 |

Case 19-28012-CMG    Doc 40    Filed 12/14/24    Entered 12/15/24 00:19:27    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 54 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518575514 | | EDI: PRA.COM | Dec 13 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518581006 | | EDI: Q3G.COM | Dec 13 2024 01:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518581007 | | EDI: Q3G.COM | Dec 13 2024 01:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518470831 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 12 2024 21:13:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518470833 | + | EDI: SYNC | Dec 13 2024 01:41:00 | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518470834 | + | EDI: SYNC | Dec 13 2024 01:41:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518470832 | + | EDI: SYNC | Dec 13 2024 01:41:00 | Syncb/athleta Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518471846 | ^ | MEBN | Dec 12 2024 20:58:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518470835 | + | EDI: SYNC | Dec 13 2024 01:41:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518470836 | + | EDI: SYNC | Dec 13 2024 01:41:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518470837 | + | EDI: SYNC | Dec 13 2024 01:41:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518470838 | + | EDI: SYNC | Dec 13 2024 01:41:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518506654 | + | Email/Text: bncmail@w-legal.com | Dec 12 2024 21:13:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518470839 | + | EDI: WTRRNBANK.COM | Dec 13 2024 01:41:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518470840 | + | EDI: WFFC2 | Dec 13 2024 01:41:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 53

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 54

Date: Dec 14, 2024       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Kevin C. Fayette | on behalf of Debtor Dorothy Butler kfayette@kevinfayette.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4